

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 5, 2024

**BY EMAIL**

The Honorable Sarah Netburn
Chief United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Complaints Charging 70 Current and Former NYCHA Employees*

Dear Chief Judge Netburn:

    On January 25, January 31, February 1, and February 2, 2024, complaints charging seventy current and former New York City Housing Authority ("NYCHA") employees (the "Defendants") with bribery and extortion offenses (the "Complaints") were filed under seal. A chart of the Defendants, Complaint docket numbers, and charges is attached to this letter as Exhibit A. The Government respectfully requests that at approximately 9:00 a.m. on Tuesday, February 6, 2024, the Complaints be unsealed (to the extent not already unsealed) by the Court's endorsement of this letter, and that this letter be filed on each of the dockets listed in Exhibit A.[1]

    The Government also provides the following information regarding the Defendants and the scope of the criminal conduct charged across the sixty-eight Complaints, which may be relevant to the Court's determinations on certain issues, including the appropriate bail conditions:

    The seventy Defendants are charged with bribery and extortion offenses related to their solicitation and receipt of money in exchange for awarding construction and repair work at NYCHA, which is the largest public housing authority in the country. Collectively, the Defendants received over $2 million in bribe and/or extortion payments from contractors in exchange for awarding at least approximately $13 million in NYCHA contracts. The Government understands that the New York City Department of Investigation ("NYC DOI") intends to serve suspension notices today on all charged Defendants who are currently employed by NYCHA.[2]

    Although only three Defendants are currently charged with conspiracy offenses related to this conduct, the scope of the charges shows that there was a culture of corruption at NYCHA of

---

[1] The Government will provide a copy of this letter to all defense attorneys prior to the presentments.

[2] The Government further understands that NYCHA leadership has lined up resources to fill the Defendants' roles to avoid any disruption in services to NYCHA residents.

which the Defendants were all part. As described in the Complaints, cooperating witnesses have reported paying similar amounts to the Defendants in similar manners, and some were directly referred from one Defendant to another and told to "take care of" – that is, pay money to – the second Defendant. The required bribe amount (typically between 10% and 20% of the contract's value, or $500 to $2,000 per contract) became well known among contractors because so many NYCHA employees were demanding payments for work. Furthermore, the corruption was not limited to a particular development or area, but infected approximately 96 developments in all five boroughs. (*See* Exhibits B & C (list and map).) Nor was the criminal conduct limited to a particular position at NYCHA; from storeroom employee to housing manager – and especially among the superintendents and assistant superintendents in between – the Defendants used their positions of trust to line their pockets.

This conduct is serious and corrosive. The developments at which the Defendants extorted money and accepted bribes collectively house over 200,000 New Yorkers who were deprived of honest management of their homes, and NYCHA developments overall are home to 1 in 17 New Yorkers. Contractors were hired to and did perform important services, such as repairing sewage pipes or fixing broken windows, but when such contracts are conditioned on bribes rather than merit, the contractors, NYCHA residents, and taxpayers are all harmed, as is the public's trust in important civic institutions such as public housing.

For these reasons, the Defendants have been charged with serious felonies. The Government expects to propose bail packages for the Defendants (although reserves the right to seek detention if warranted based on information learned from the Pretrial Services reports or during the arrests). One important bail condition the Government expects to seek is that the Defendants be ordered to have no contact – nor direct anyone else to have contact – with current or former NYCHA contractors, many of whom are likely to be witnesses to and victims of the charged crimes. (As noted above, the Defendants are expected to be suspended from their NYCHA employment and would therefore have no work-related need to communicate with NYCHA contractors.) Among witnesses who continue to perform contracting work at NYCHA, there is great concern of retaliation and harassment for speaking with law enforcement.

This fear is not baseless: a previously convicted NYCHA superintendent, Leroy Gibbs, boasted in text messages to Defendant Angela Williams about "put[ting] hands on" a contractor who had threatened to report Gibbs's bribery scheme. *See United States v. Leroy Gibbs*, No. 22 Cr. 534 (CM), Dkt. 25 at 2. Additionally, contractors who paid NYCHA employees bribes may be co-conspirators in the bribery scheme, and not all have been cooperative or truthful with law enforcement; there is also therefore a risk of collusion and obstruction. In fact, Angela Williams, upon learning of the investigation into her own bribery conduct, wiped the contents of her cellphone and then lied to law enforcement about it (two crimes for which she is now charged).

In sum, obstructive conduct has already occurred during this investigation, and the requested no-contact bail condition is needed to prevent harassment and intimidation of witnesses and additional obstruction.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By: <u>s/          </u>
        Catherine Ghosh / Jerry Fang / Sheb Swett /
        Meredith Foster / Jacob Fiddelman
        Assistant United States Attorneys
        212-637-1114 / -2584 / -6522 / -2310 / -1024

Enclosures:
 Exhibit A: Chart of Defendants, Complaint Numbers, and Charges
 Exhibit B: Developments and Boroughs Where Defendants Allegedly Accepted Payments
 Exhibit C: Map of Developments Where Defendants Allegedly Accepted Payments

cc: Honorable Stewart D. Aaron
  Honorable Sarah L. Cave
  Honorable Valerie Figueredo
  Honorable Katharine H. Parker
  Honorable Gary Stein
  Honorable Ona T. Wang

# EXHIBIT A

Exhibit A: Chart of Defendants, Complaint Numbers, and Charges

| Defendant | Complaint Number | Charges |
|---|---|---|
| **Baez, James** | 24 Mag. 506 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Barley, Selwyn** | 24 Mag. 413 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Bell, Gwendolyn** | 24 Mag. 414 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Branch, Nymiah** | 24 Mag. 504 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Buckner, Marc** | 24 Mag. 457 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Butler, Patrick** | 24 Mag. 415 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Cartagena, Roberto** | 24 Mag. 445 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |

Exhibit A: Chart of Defendants, Complaint Numbers, and Charges

| **Chambers, Vernon** | 24 Mag. 405 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
|---|---|---|
| **Charriez, Rigoberto** | 24 Mag. 507 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Colon, Hector** | 24 Mag. 408 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Davis, Michael** | 24 Mag. 401 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **De Los Santos, Victor** | 24 Mag. 411 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Escobar, Mauricio** | 24 Mag. 444 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Espinal, Jose** | 24 Mag. 508 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |

Exhibit A: Chart of Defendants, Complaint Numbers, and Charges

| **Fuller, Joseph** | 24 Mag. 412 | 18 USC § 371 (Conspiracy to Solicit and Receive a Bribe)<br><br>18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Conspiracy to Commit Extortion Under Color of Official Right)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
|---|---|---|
| **Garcia, Manuel** | 24 Mag. 509 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Gaskin, Tuesdai** | 24 Mag. 448 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Gilmore, Corey** | 24 Mag. 416 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Harley, Lateisha** | 24 Mag. 451 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Harris, Joy** | 24 Mag. 419 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Hernandez, Jose** | 24 Mag. 455 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |

Exhibit A: Chart of Defendants, Complaint Numbers, and Charges

| **Hollman, Veronica** | 24 Mag. 422 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
|---|---|---|
| **Hopkins, Deshon** | 24 Mag. 456 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Huntley, Nena** | 24 Mag. 458 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Johnson, Michael** | 24 Mag. 459 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Kemp, George** | 24 Mag. 412 | 18 USC § 371 (Conspiracy to Solicit and Receive a Bribe)<br><br>18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Conspiracy to Commit Extortion Under Color of Official Right)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Lan, Jaime** | 24 Mag. 510 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Lino, Dexter** | 24 Mag. 454 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |

Exhibit A: Chart of Defendants, Complaint Numbers, and Charges

| **Lorick, Nirmal** | 24 Mag. 417 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
|---|---|---|
| **Lucas, Tara** | 24 Mag. 460 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Machado, Vincent** | 24 Mag. 461 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Mackey, Marlon** | 24 Mag. 397 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Matos, Danny** | 24 Mag. 453 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **McCoy, Nakia** | 24 Mag. 450 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **McCreary, Erick** | 24 Mag. 462 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **McPhatter, Henry** | 24 Mag. 511 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |

Exhibit A: Chart of Defendants, Complaint Numbers, and Charges

| **Mendez, Joacim** | 24 Mag. 463 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
|---|---|---|
| **Mendez, Juan** | 24 Mag. 469 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Mercado, Juan** | 24 Mag. 495 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Miller, James** | 24 Mag. 452 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Muniz, Daniel** | 24 Mag. 400 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Newby-Bovian, Denise** | 24 Mag. 418 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Nieves, Alexis** | 24 Mag. 449 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Nunez, Raymond** | 24 Mag. 394 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |

Exhibit A: Chart of Defendants, Complaint Numbers, and Charges

| **Ortiz, Evelyn** | 24 Mag. 420 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
|---|---|---|
| **Owens, Brett** | 24 Mag. 501 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Pardo, Orlando** | 24 Mag. 446 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Perez, Jorge** | 24 Mag. 396 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Priester, Curtis** | 24 Mag. 499 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Quetell, Eddie** | 24 Mag. 512 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Rivera, Carmen** | 24 Mag. 398 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Rivera, Jaime** | 24 Mag. 447 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |

Exhibit A: Chart of Defendants, Complaint Numbers, and Charges

| **Rivera, John** | 24 Mag. 513 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe) <br><br> 18 USC § 1951 (Extortion Under Color of Official Right) |
|---|---|---|
| **Rosa, Herbert** | 24 Mag. 494 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe) <br><br> 18 USC § 1951 (Extortion Under Color of Official Right) |
| **Rupnarain, Dwarka** | 24 Mag. 402 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe) <br><br> 18 USC § 1951 (Extortion Under Color of Official Right) |
| **Salter, Chrisie** | 24 Mag. 412 | 18 USC § 371 (Conspiracy to Solicit and Receive a Bribe) <br><br> 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe) <br><br> 18 USC § 1951 (Conspiracy to Commit Extortion Under Color of Official Right) <br><br> 18 USC § 1951 (Extortion Under Color of Official Right) |
| **Samuel, Clarence** | 24 Mag. 421 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe) <br><br> 18 USC § 1951 (Extortion Under Color of Official Right) |
| **Sands, Tanisha** | 24 Mag. 492 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe) <br><br> 18 USC § 1951 (Extortion Under Color of Official Right) |
| **Scott, Carolyn** | 24 Mag. 500 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe) <br><br> 18 USC § 1951 (Extortion Under Color of Official Right) |

Exhibit A: Chart of Defendants, Complaint Numbers, and Charges

| **Small, Garth** | 24 Mag. 496 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
|---|---|---|
| **Starks, Charles** | 24 Mag. 505 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Tapia, Elizabeth** | 24 Mag. 497 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Tolozano, Alex** | 24 Mag. 423 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Torres, Luis** | 24 Mag. 424 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Torres, Segundo** | 24 Mag. 493 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Villanueva, Frankie** | 24 Mag. 403 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |
| **Wade, Lindsay** | 24 Mag. 395 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe)<br><br>18 USC § 1951 (Extortion Under Color of Official Right) |

Exhibit A: Chart of Defendants, Complaint Numbers, and Charges

| **Williams, Angela** | 24 Mag. 318 | 18 USC § 371 (Conspiracy to Solicit and Receive a Bribe) <br><br> 18 USC § 1951 (Conspiracy to Commit Extortion Under Color of Official Right) <br><br> 18 USC §§ 1519 and 2 (Destruction of Evidence) <br><br> 18 USC § 1001 (False Statements) |
|---|---|---|
| **Williams, Willie** | 24 Mag. 491 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe) <br><br> 18 USC § 1951 (Extortion Under Color of Official Right) |
| **Wright, Calvin** | 24 Mag. 425 | 18 USC § 666(a)(1)(B) (Solicitation and Receipt of a Bribe) <br><br> 18 USC § 1951 (Extortion Under Color of Official Right) |

# EXHIBIT B

Exhibit B: Developments and Boroughs Where Defendants Allegedly Accepted Payments

**Bronx Developments:**
- 1010 East 178th St. Consolidated
- Boston Road Plaza
- Bronx River Houses
- Butler Houses
- Eastchester Gardens
- Forest Houses
- Gun Hill Houses
- Marble Hill
- Mill Brook
- Mitchel Houses
- Monroe Houses
- Morrisania Air Rights
- Mott Haven
- Pelham Parkway
- Sotomayor Houses
- Soundview
- St. Mary's Park
- Twin Parks
- Webster

**Brooklyn Developments:**
- Albany
- Bay View Houses
- Borinquen Plaza
- Breukelen
- Brevoort
- Brownsville
- Bushwick
- Carey Gardens
- Cypress Hills
- Farragut
- Glenwood Houses
- Howard
- Hylan
- Independence Towers
- Ingersoll
- Langston Hughes Apartments
- Linden
- Marcus Garvey
- Marcy
- Marlboro
- Ocean Hill-Saratoga Village
- Pink
- Red Hook West
- Seth Low
- Stuyvesant Gardens
- Sumner
- Surfside Gardens
- Tilden
- Tompkins House
- Unity Plaza
- Van Dyke

**Manhattan Developments:**
- Campos Plaza
- Chelsea-Elliot Houses
- Clinton Houses
- Drew-Hamilton
- Dyckman
- East River
- Fort Washington Ave Rehab
- Fulton
- Gompers Consolidation
- Grant
- Harlem River
- Jackie Robinson
- Jefferson Houses
- Johnson Houses
- King Towers
- LaGuardia Houses
- Lehman Village
- Lincoln
- Lower East Side Consolidated
- P.S. 139
- Polo Grounds
- Rangel
- Rutgers
- Saint Nicholas
- Straus
- Taft
- Vladeck
- Wagner
- Wald
- Washington-Lexington
- Wilson
- Wise Towers

**Queens Developments:**
- Baisley Park Houses
- Beach 41st Street
- Bland
- Hammel
- Latimer Gardens Consolidated
- Pomonok
- Queensbridge North
- Queensbridge South
- Ravenswood Houses
- Redfern
- South Jamaica Houses

**Staten Island Developments:**
- Berry
- Richmond Terrace
- Stapleton Houses

# EXHIBIT C

