# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Gwendolyn Bell | )     1:24-mj-00414-UA-1 |
| _Defendant_ | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gwendolyn Bell    .

Date:    02-29-24

 

*Jeff Chabrowe*
_Attorney's signature_

Jeffrey Alan Chabrowe, 3001328
_Printed name and bar number_

521 Fifth Avenue, New York, NY 10175
_Address_

jeff@chabrowe.com
_E-mail address_

(917) 529-3921
_Telephone number_