UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Complaints Charging 70 Current and Former NYCHA Employees.

**Affirmation in Support of Application for Order of Continuance**

State of New York        )
County of New York       : ss.:
Southern District of New York )

JACOB R. FIDDELMAN, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A), in the cases listed in Exhibit A to the enclosed proposed order (the "Cases").

2. The defendants in each of the Cases were charged in Complaints with violations of 18 U.S.C. §§ 666(a)(1)(B) and/or 371 (solicitation and receipt of a bribe by an agent of an organization receiving federal funds, and conspiracy to commit the same) and 1951 (extortion under color of official right and/or conspiracy to commit the same), and in some cases additional offenses. The defendants were arrested on February 6, 2024, and were presented before various Magistrate Judges on February 6 and 7, 2024, at which proceedings each defendant was represented by counsel and ordered released on bail with certain conditions.

3. At the presentments on February 6 and 7, 2024, or as later adjourned on consent, preliminary hearings in each of the Cases were scheduled for March 7, 2024, after defense

counsel consented to extend the deadline within which to conduct a preliminary hearing. Under the Speedy Trial Act, the Government has until March 7, 2024, within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4. Defense counsel for each of the defendants in the Cases and counsel for the Government have had discussions regarding a possible disposition of each of the Cases. The parties plan to continue our discussions, but do not anticipate a resolution before March 7, 2024.

5. Therefore, the Government requests a 30-day continuance until April 8, 2024, to continue the foregoing discussions toward resolving this matter. For each of the Cases listed in Exhibit A, I or one of the other Assistant United States Attorneys responsible for the Cases personally corresponded with each defense counsel, who stated that the respective defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to April 8, 2024, and has specifically consented to this request.

6. For the reasons stated above, good cause supports extension of the preliminary hearing deadlines, and the ends of justice served by the granting of the requested continuance of the indictment deadlines outweigh the best interests of the public and defendants in a speedy trial.

Dated: New York, New York
March 4, 2024

JACOB R. FIDDELMAN
Assistant United States Attorney
212-637-1024